65 A.3d 913

COMMONWEALTH of Pennsylvania, Petitioner

v.

Wesley Alfonso SPENCE, Respondent.

Supreme Court of Pennsylvania.

April 29, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of April, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, as phrased by Petitioner, is:

> Did a state trooper violate the Wiretap Act when he listened through the speaker on an informant's cellular telephone as the informant arranged a drug deal with the defendant?